

U.S. Department of Justice

United States Attorney
Southern District of New York

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

September 28, 2007



**BY HAND**

The Honorable Mark D. Fox
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
New York, New York 10601

Dear Judge Fox:

The Government writes to ask the Court to unseal the following indictment:

07 Cr. 913 (KMK)

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
John P. Collins, Jr.
Assistant United States Attorney
(914) 993-1919

*Application Granted*
*So Ordered*
MARK D. FOX
United States Magistrate Judge
Southern District of New York
9/28/07

RECEIVED
IN CHAMBERS
SEP 29 2007
MARK D. FOX
USMJ SDNY