CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

**UNDER SEAL**

U.S. DISTRICT COURT FILED SEP 28 2007 S.D. OF N.Y. W.P.

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PHILIP ETKIN | DOCKET NO.<br>**07 CRIM.** | MAGISTRATE'S CASE NO.<br>**913** |
| | PHILIP ETKIN | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST | |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Extortion By Use of Threatened Force, Violence or Fear and Under Color of Official Right

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>1951 |
|---|---|---|
| | BAIL   OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>The Honorable George A. Yanthis | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>SEP 27 2007 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>9/27/07<br>DATE EXECUTED<br>9/28/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Vincent J. Presutti, Special Agent<br>FBI, New York  9/28/07 | SIGNATURE OF ARRESTING OFFICER<br>SA Vincent J. Presutti, FBI, N.Y. |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.