# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*



Paul E. Davison
*Attorney-in-Charge
White Plains*

October 1, 2007

BY HAND
The Honorable Mark D. Fox
United States Magistrate-Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Philip Etkin</u>
07 Cr. 0913 ( KMK)

Dear Magistrate-Judge Fox:

This letter is to request an adjournment of the bail hearing on the above referenced matter, and to further request an extension of the time to perfect the bail bond set on Friday, September 28, 2007. The government consents to this request.

Mr. Etkin was arraigned on a one count felony Indictment charging a violation of Title 18 U.S.C. § 1951. This Court set bail at $100,000.00, to be secured by $10, 000.00 in cash or property, with one financially responsible co-signer. This "package" had been agreed upon by the government and Michael McGuire, Esq., during a conference call and it was understood that Mr. McGuire would be representing Mr. Etkin.. Additionally, this Court Ordered, *inter alia*, strict pre-trial supervision, electronic monitoring and home detention. This office was assigned to represent Mr. Etkin at his initial appearance.

Today this office was informed that Mr. McGuire would not be representing Mr. Etkin but that Kerry Lawrence, Esq., had been consulted and may be retained. Therefore, we respectfully request an adjournment of the hearing until Friday, October 5, 1007, and further request an extension of the time to perfect the bond.

Sincerely Yours,

Susanne Brody

10/2/07 APPLICATION GRANTED
SO ORDERED

MARK D. FOX
United States Magistrate Judge
Southern District of New York

Honorable Mark D. Fox  
United States Magistrate Judge  
Southern District of New York

October 1, 2007  
Page 2

**Re:** <u>**United States v. Philip Etkins**</u>  
**07 Cr. 0913 (KMK)**

cc: The Honorable Kenneth M. Karas  
United States District Judge

John Collins  
Assistant United States Attorney

Cynthia Labrovic  
Pretrial Services

Philip Etkins

Kerry Lawrence, Esq.