UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------

UNITED STATES OF AMERICA

Vs

PHILIP ETKIN

CASE# 07 Cr. 913 ( KMK )

**NOTICE OF APPEARANCE**

----------------------------------------------------------

To:   **J. Michael McMahon,**  Clerk of the Court.

Sir:  You are hereby notified that I appear for the defendant indicated above in the entitled action

I am appearing in this action as  _____ CJA   ✓ Retained   _____ Public Defender

Admitted to practice in this court  ✓ Yes   _____ No   _____ Pro Hac Vice

Admission Month _____ Year 1999 .

I do hereby certify that I have filed, or will file a certificate of *Good Standing* from the New York State Court, pursuant to **Criminal Rule 1** of the local rules for the Southern and Eastern Districts of New York.

Dated: October 12, 2007.
       White Plains, New York

Signature

Print the following information clearly

Kerry A. Lawrence
Attorney to the Defendant

BRICCETTI, CALHOUN + LAWRENCE
Firm Name

81 MAIN STREET, SUITE 450
Street Address

White Plains  NY  10601
City          State    Zip

914-946-5900   914-946-5906
Telephone #    Fax #

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____