```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

PHILIP ETKIN,

Defendant.

07 CR 913 (KMK)

MOTION SCHEDULING ORDER

### KENNETH M. KARAS, U.S.D.J.

At the Conference before the Court held on November 2, 2007, the Court adopted the following scheduling order:

Defendant's motions to suppress shall be served upon the Government not later than December 10, 2007.

The Government's opposition papers are to be served upon opposing counsel not later than January 7, 2008.

Reply papers are to be served upon the Government not later than January 14, 2008. Sur-reply papers shall not be accepted or filed without the prior permission of the Court.

Oral argument will be held on January 25, 2008 at 11:00 A.M.

Pursuant to 18 U.S.C. § 3161(h)(8)(A), time is excluded until December 10, 2007.

SO ORDERED.

DATED:   November 2, 2007
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE