NOV 1 9 2007

BRICCETTI. CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS. NEW YORK 10601

VINCENT L. BRICCETTI*
CLINTON W. CALHOUN, III**
KERRY A. LAWRENCE*

*ALSO ADMITTED IN CT
**ALSO ADMITTED IN VA & DC

(914) 946-5900
(914) 946-5906

**MEMO ENDORSED**

November 16, 2007

```
┌─────────────────────────────────┐
│ USDS SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____          │
│ DATE FILED: _____       │
└─────────────────────────────────┘
```

**VIA FAX**
Hon Kenneth M. Karas
United States District Court Judge
U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

        Re:     USA v. Philip Etkin
                Docket No. 07 CR. 913 (KMK)

Dear Judge Karas:

        It is respectfully requested that the Court "So Order" this letter modifying Mr. Etkin's
bail conditions to eliminate the condition of home detention and electronic monitoring and
replacing it with the use of Global Positioning System ("GPS") device. It is also understood that
Mr. Etkin is restricted from being in the Village of Goshen, Village of Monticello. Village of
Bloomingburg and City of Middletown, New York.

                                Respectfully submitted.

                                Kerry A. Lawrence

cc:     Vincent Adams, Pretrial Services Officer
        John Collins, A.U.S.A.

So Ordered

11/20/07