GENL: 15 REV. NYSP RECEIPT AND RELEASE OF PROPERTY

- Original to Division Headquarters.
- First carbon copy to Evidence Custodian, if required.

## NEW YORK STATE POLICE RECEIPT

| CASE NUMBER | RCN |
|---|---|
| | |

| TROOP | STATION | DATE | MEMBER'S NAME |
|---|---|---|---|
| H | MHOETF | 03/02/07 | Inv. Joseph P. Candela |

### DESCRIPTION OF PROPERTY

Received One Dell Latitude D610 - NYSP Property Tag # 25L70078 Service Tag # 8V73591

| VEHICLE: | YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|---|
| | V/N NUMBER | | | PLATE NUMBER | REGISTRATION STATE |

SIGNATURE

Deputy Phil Etkin

### RELEASE

UNDER PENALTY OF PERJURY, I, _____ *owner - agent of owner, HEREBY IDENTIFY THE PROPERTY DESCRIBED ABOVE AS THE PROPERTY BELONGING TO *me _____ AND HAVING REQUESTED ITS RETURN, HEREBY ACKNOWLEDGE RECEIPT OF SUCH PROPERTY WHICH IS DELIVERED INTO MY POSSESSION BY A POLICE OFFICER AND MEMBER OF THE NEW YORK STATE POLICE ON THE _____ DAY OF _____ 20 _____ AT _____, N.Y. I DO HEREBY RELEASE AND FOREVER DISCHARGE SAID POLICE OFFICER, THE NEW YORK STATE POLICE, AND ANY AND ALL PERSONS WHO HAVE HAD SUCH PROPERTY IN THEIR CUSTODY OR UNDER THEIR CONTROL BY REASON OF ANY PROCEEDING OR ACTION TAKEN BY THEM FOR ITS PRESERVATION TO ITS RETURN TO *me the owner, OF AND FROM ALL, AND ALL MANNER OF ACTION AND ACTIONS, CAUSE, AND CAUSES OF ACTION, SUITS, DEBTS, SUMS OF MONEY, ACCOUNTS, DAMAGES OR CLAIMS OF ANY NATURE WHATSOEVER.

DATED AT _____, N.Y. _____, 20 _____

WITNESS | OWNER / AGENT OF OWNER

*CROSS OUT WHICHEVER DOES NOT APPLY