**Warning**

Notice:
For authorized use only. This system and all data are the property of the New York State Police. Unauthorized use or attempted unauthorized use of this system by persons not issued a user account is not permitted and may constitute a state or federal offense. Use of this system is only permitted under the authority of the New York State Police and subject to policies, procedures and acceptable uses as outlined in the NYSP Administrative Manual Section 110 and the NYSP Civilian Employee Manual section 120.

Any use of the NYSP computer systems constitutes express consent for the authorized personnel to monitor, intercept, record, copy, access and capture such information for use or disclosure without additional prior notice. Users have no legitimate expectation of privacy during any use of the system or of any data on the system. You access they

[OK]

Warning!

Notice:
For authorized use only. This system and all data are the property of the New York State Police.
Unauthorized use or attempted unauthorized use of this system by persons not issued a user account is not permitted and may constitute a state or federal offense.
Use of this system is only permitted under the authority of the New York State Police
and subject to policies, procedures and acceptable uses as outlined in the NYSP Administrative Manual Section 11Q and the NYSP Civilian Employee Manual section 120.
Any use of the NYSP computer systems constitutes express consent for the authorized
personnel to monitor, intercept, record, read, copy, access and capture such information
for use or disclosure without additional prior notice. Users have no legitimate expectation
of privacy, including any use of this system or in any data on this system. Your use confirms...

DELL

