**Warning!**

issued a user
account is not permitted and may constitute a state or federal offense.
Use of this system is only permitted under the authority of the New York State
Police
and subject to policies, procedures and acceptable uses as outlined in the NYSP
Administrative Manual Section 11Q and the NYSP Civilian Employee Manual
section 12D
Any use of the NYSP computer systems constitutes express consent for the
authorized
personnel to monitor, intercept, record, read, copy, access, and capture such
information
for use or disclosure without additional prior notice. Users have no legitimate
expectation
of privacy during any use of this system or in any data on this system. Your
access may
be logged at any time.
By logging into this system, you are agreeing that you have read, and accepted
the above terms
and conditions!

[ Ok ]

Warning!

This account is for authorized use only. Use of this account by an individual other than the individual to whom the account is assigned and any use not specifically permitted and not otherwise authorized may constitute a state or federal offense. Access to this system is only permitted under the authority of the New York State Police and is subject to policies, procedures and acceptable uses as outlined in the NYSP Administrative Manual Section 11D and the NYSP Civilian Employee Manual section 12D.

Any use of the NYSP computer systems constitutes express consent for the authorized personnel to monitor, intercept, record, read, copy, access and capture such information for use or disclosure without additional prior notice. Users have no legitimate expectation of privacy during any use of this system or in any data on this system. Your access may be logged at any time.

By logging into this system, you are agreeing that you have read, and accepted the above terms and conditions.

OK

