# BRICCETTI, CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS, NEW YORK 10601

VINCENT L. BRICCETTI*
CLINTON W. CALHOUN, III**
KERRY A. LAWRENCE*

*ALSO ADMITTED IN CT
**ALSO ADMITTED IN VA & DC

(914) 946-5900

FAX (914) 946-5906

January 22, 2008

**MEMO ENDORSED**

**VIA FAX**
Hon. Kenneth M. Karas
United States District Court Judge
U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:  USA v. Philip Etkin
     Docket No. 07 CR. 913 (KMK)

Dear Judge Karas:

I am writing with the consent of Assistant United States Attorney John Collins to request that the conference presently scheduled for Friday, January 25, 2008, be adjourned to February 1, 2008, or any date thereafter convenient to the Court.

Mr. Etkin's 85 year old mother-in-law was diagnosed with lung cancer over the weekend and is currently hospitalized. It is anticipated that Mr. Etkin will be asked to be involved in child care of the Etkins' children on the date presently scheduled for a conference in this case, and for several days before and after. At least one of the Etkin children is not in school this week and the other children may be asked to visit the hospital.

In light of the fluid nature of Mr. Etkin's family commitments over the next week, I ask that the conference be adjourned as set forth above.

The defendant agrees that if this application is granted the time between the date presently scheduled for the conference and whatever date is next set for a conference should be excluded under the Speedy Trial Act.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

KAL/jlr
cc:   John Collins, A.U.S.A.

*Handwritten endorsement:* Oral argument is adjourned, at Defendant's request, until February 8, 2008, at 12 noon. Time is excluded until then both because of the pending motion and in the interests of justice for the reasons stated in this letter. So ordered.