## BRICCETTI, CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS, NEW YORK 10601

VINCENT L. BRICCETTI*
CLINTON W. CALHOUN, III**
KERRY A. LAWRENCE*

*ALSO ADMITTED IN CT
**ALSO ADMITTED IN VA & DC

(914) 946-5900

FAX (914) 946-5906

February 1, 2008

**VIA FAX**
Hon. Kenneth M. Karas
United States District Court Judge
U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

MEMO ENDORSED

Re: USA v. Philip Etkin
    Docket No. 07 CR. 913 (KMK)

Dear Judge Karas:

I am writing to request the Court to modify Mr. Etkin's bail conditions to change the geographic restriction currently in place relating to the Village of Monticello. I have discussed this matter with Assistant United States Attorney John Collins and Mr. Collins has consented to the requested modification.

Mr. Etkin is currently barred from entering the entire Village of Monticello. I am asking that this restriction be modified to now only prevent Mr. Etkin from being within 1000 feet of the office of the alleged victim in this case.

I have also discussed this matter with Pretrial Services Officer Vincent Adams who has noted that the GPS system can be adjusted to narrow the restricted area to within 1000 feet of a particular location.

It is respectfully requested that the Court "So Order" this letter modifying Mr. Etkin's bail conditions as set forth above.

Granted,

SO ORDERED
_____
KENNETH M. KARAS
2/1/08

Respectfully submitted,

Kerry A. Lawrence

cc: Vincent Adams, Pretrial Services Officer
    John Collins, A.U.S.A.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____