

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 4, 2008

**BY HAND**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    **United States v. Philip Etkin,**
              **07 Cr. 913 (KMK)**

Dear Judge Karas:

      With the consent of defense counsel, the Government respectfully requests that the time from March 7, 2008 through March 12, 2008, the date of the rescheduled conference, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). The Government and defense counsel are currently engaging in discussions concerning a possible disposition of this case prior to trial.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                  United States Attorney

                    By:   /s/ John P. Collins, Jr.
                         John P. Collins, Jr
                         Assistant United States Attorney
                         (914) 993-1919

cc:    Kerry Lawrence, Esq.

SO ORDERED:

/s/ Kenneth M. Karas  3/4/08
Hon. Kenneth M. Karas
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```