UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

PHILIP ETKIN,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SUPERSEDING INDICTMENT**

S 07 Cr. 913 (KMK)

ORIGINAL

## COUNT ONE

The Grand Jury charges:

1. From in or about August 2007 through in or about September 2007, in the Southern District of New York and elsewhere, PHILIP ETKIN, the defendant, unlawfully, wilfully and knowingly attempted to commit extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), to wit, ETKIN, a Sullivan County Deputy Sheriff, sought to obtain $3,500 from an individual in Middletown, New York, in exchange for preventing a purported act of violence against the individual, and thereby would have obstructed, delayed and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3).

(Title 18, United States Code, Section 1951).

## COUNT TWO

The Grand Jury further charges:

2.      From in or about July 2007 through in or about August 2007, in the Southern District of New York and elsewhere, PHILIP ETKIN, the defendant, unlawfully, wilfully and knowingly committed extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), to wit, ETKIN, a Sullivan County Deputy Sheriff, obtained approximately $2,500 from the owner of the Da Shark Lounge in Monticello, New York, in exchange for resolving purported violations issued by the New York State Liquor Authority, and thereby obstructed, delayed and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3).

(Title 18, United States Code, Section 1951).


_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney