UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x     S 07 CR. 913 (KMK)

UNITED STATES OF AMERICA                :     **NOTICE OF MOTION**

    - against -                                         :

PHILIP ETKIN,                                        :
                           Defendant.     :
-------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the annexed affirmation of Kerry A. Lawrence, the accompanying Memorandum of Law, and all pleadings and prior proceedings herein, defendant PHILIP ETKIN, will move this Court, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, at a date and time to be set by the Court, to rule that, pursuant to Rule 14(a) of the Federal Rule of Criminal Procedure, the two charges set forth in the superseding indictment be severed and that the government be required to elect which charge should be tried first.

Dated: White Plains, New York
        April 18, 2008

                                                    BRICCETTI, CALHOUN & LAWRENCE, LLP

                                                    By: _/s/ Kerry A. Lawrence_____
                                                      Kerry A. Lawrence
TO:   AUSA John Collins                    81 Main Street, Suite 450
        United States Attorneys Office     White Plains, NY  10601
        300 Quarropas Street                (914) 946-5900
        White Plains, NY 10601

                                                      *ATTORNEYS FOR DEFENDANT*
                                                      *Philip Etkin*