**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 6, 2008

**BY HAND**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

```
USDS SDNY
DOCUMENT
ELECTPONICALLY FILED
DOC #: _____
DATE FILED: _____
```

    Re:    **United States v. Philip Etkin,**
            **07 Cr. 913 (KMK)**

Dear Judge Karas:

    With the consent of defense counsel, the Government respectfully requests that the time from June 3, 2008 through June 10, 2008, the date of the rescheduled conference, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). Defense counsel is unable to attend the previously scheduled conference on June 3, 2008 due to a court proceeding in state court involving multiple parties.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

                        By:    *[signature]*
                            John P. Collins, Jr
                            Assistant United States Attorney
                            (914) 993-1919

cc:    Kerry Lawrence, Esq. (by facsimile)

SO ORDERED:

*[signature]*
Hon. Kenneth M. Karas  5/7/08
United States District Judge