

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 6, 2008

**BY HAND**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    **United States v. Philip Etkin, 07 Cr. 913 (KMK)**

Dear Judge Karas:

      With the consent of defense counsel, the Government respectfully requests that the time from June 10, 2008 through July 2, 2008, the date of the rescheduled conference, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). As set forth in defense counsel's June 2, 2008 letter to this Court, defense counsel is unable to meet with his client in order to submit an affidavit in response to this Court's Order due to scheduling conflicts.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney

By: _____
     John P. Collins, Jr
     Assistant United States Attorney
     (914) 993-1919

cc:    Kerry Lawrence, Esq. (by facsimile)

SO ORDERED:

_____ 6/9/08
Hon. Kenneth M. Karas
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```