# BRICCETTI, CALHOUN & LAWRENCE, LLP
## ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS, NEW YORK 10601

VINCENT L. BRICCETTI*
CLINTON W. CALHOUN, III**
KERRY A. LAWRENCE*

*ALSO ADMITTED IN CT
**ALSO ADMITTED IN VA & DC

(914) 946-5900
FAX (914) 946-5906

June 2, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**VIA FAX**
Hon. Kenneth M. Karas
United States District Court Judge
U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: <u>USA v. Philip Etkin</u>
Docket No. 07 CR. 913 (KMK)

Dear Judge Karas:

I am writing to request that the conference presently scheduled for June 10, 2008, be adjourned to the afternoon of June 24 or anytime on June 25 or 26. I am also requesting that the Etkin ex parte affidavit, presently required to be filed by June 5, 2008, be due on or before June 19, 2008.

I am presently scheduled to be defending a client at hearings before the Westchester Human Rights Commission scheduled to start tomorrow, June 3. Because of the work I have in preparing for and attending the hearing, it would be extremely difficult for me to work with Mr. Etkin in the preparation of an affidavit to be used in support of his motion.

I have discussed this matter with Assistant United States Attorney John Collins who has consented to my request for an adjournment of the conference date and submission of the affidavit.

The defendant agrees that should the conference in this case be adjourned that the time between June 10 and the adjourn date should be excluded pursuant to the Speedy Trial Act.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

KAL/jlr
cc: John Collins, A.U.S.A.

*[Handwritten note:]* The Conference is adjourned until July 2, 2008, at 4pm. Time is agreed/excluded because of the pending motions. So Ordered. 6/3/08