

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

June 27, 2008

**BY HAND**

**MEMO ENDORSED**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    <u>United States v. Philip Etkin</u>,
             **07 Cr. 913 (KMK)**

Dear Judge Karas:

      With the consent of defense counsel, the Government respectfully requests that the time from July 2, 2008 through July 18, 2008, the date of the rescheduled conference, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). Defense counsel and the Government are currently discussing a disposition of this case prior to trial.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

          By:    _____
                 John P. Collins, Jr
                 Assistant United States Attorney
                 (914) 993-1919

cc:    Kerry Lawrence, Esq. (by facsimile)

SO ORDERED:
_____ 6/30/08
Hon. Kenneth M. Karas
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```