**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 11, 2008

**BY HAND**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

    Re:   **United States v. Philip Etkin,**
           **07 Cr. 913 (KMK)**

Dear Judge Karas:

    With the consent of defense counsel, the Government respectfully requests that the time from July 18, 2008 through August 7, 2008, the date of the rescheduled conference, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). Defense counsel and the Government are currently discussing a disposition of this case prior to trial.

                           Respectfully submitted,

                           MICHAEL J. GARCIA
                         United States Attorney

            By: _____
                 John P. Collins, Jr
                 Assistant United States Attorney
                 (914) 993-1919

cc:    Kerry Lawrence, Esq. (by facsimile)

*Granted.*
SO ORDERED:
_____
Hon. Kenneth M. Karas   7/18/08
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```