

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 1, 2008

**BY HAND**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

    Re:    **United States v. Philip Etkin,**
            **S 07 Cr. 913 (KMK)**

Dear Judge Karas:

    The Government writes to inform the Court that it will move to dismiss Count Two of the Superseding Indictment at the pre-trial conference on August 7, 2008.

                               Respectfully submitted,

                               MICHAEL J. GARCIA
                             United States Attorney

                    By: _____
                        John P. Collins, Jr
                        Assistant United States Attorney
                        (914) 993-1919

cc:    Kerry Lawrence, Esq. (by facsimile)

*The Clerk is respectfully requested to docket this letter.*

SO ORDERED.
*[signature]*
KENNETH M. KARAS U.S.D.J.
8/1/08

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```