```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA                              :   S 07 Cr. 913 (KMK)
                                                      :
           - against -                                :
                                                      :
PHILIP ETKIN,                                         :
                    Defendant.                        :
                                                      :
------------------------------------------------------x

## ORDER MODIFYING CONDITIONS OF RELEASE

The defendant's conditions of release are modified in the following respects:

1.  The prior condition requiring electronic monitoring and any related geographic restriction is eliminated;

2.  The defendant shall stay away from and refrain from communications or any other contact by mail, telephone, email, voice mail or other means with [Name of Individuals Redacted]; and

3.  The defendant shall not cause or induce anyone else to communicate with or contact the individuals identified in this Order.

_____
HON. KENNETH M. KARAS, U.S.D.J.

Dated: August 8, 2008