```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -v-

PHILIP ETKIN,

             Defendant.

07-CR-913 (KMK)

ORDER

**KENNETH M. KARAS, U.S.D.J.**

At a conference held before the Court on August 7, 2008, the Court adopted the following schedule:

Jury selection and trial will begin on November 10, 2008, at 9:30 A.M.

Any exhibits the Government will seek to introduce pursuant to Federal Rule of Evidence 404(b) shall be clearly designated as such by October 6, 2008. The Government shall turn over to Defendant, pre-marked, all exhibits it intends to introduce at trial by no later than October 17, 2008. Requests to charge and proposed voir dire shall be submitted by no later than October 24, 2008.

All objections and in limine motions shall be served by no later than October 27, 2008. Opposition papers shall be served by no later than November 3, 2008.

The Government shall turn over all *Giglio* and 3500 material by no later than November 7, 2008. Defendant is also reminded of his discovery obligations under Rule 16.

The Court will hold a final pretrial conference on November 7, 2008 at 2:00 P.M.

Pursuant to 18 U.S.C. § 3161(h)(8)(A), time is excluded until November 10, 2008.

The Government's motion to dismiss without prejudice Count Two of the Superseding Indictment is GRANTED. Defendant's Motion to Sever is DENIED without prejudice as moot. The Clerk of Court is respectfully directed to terminate the pending Motion (Dkt. No. 26).

SO ORDERED.
DATED:    August  12 , 2008
           White Plains, New York

                        KENNETH M. KARAS
                        UNITED STATES DISTRICT JUDGE